UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: **GLASSER, J.**         DATE:     **JULY 11, 2012**              TIME:    **2:30 p.m.**

DOCKET #: **CR-12-00327 (S-1) (ILG)**         TITLE: *U.S.A. v. Aliaksandr Zhyltsou, et al.*
CR:       **Burt Sulzer**                    DEPUTY CLERK: **Stanley Kessler**
RUSSIAN INTERPRETER:   **Yana Agoureev**     AUSA: **Tali Farhadian**

DEF'T #1 NAME: **Semyon Vayner**             ATT'Y: **James M. Keneally, Esq. - Ret.**
✓ Present  _ Not Present  ✓ On Bond         ✓ Present  _ Not Present

DEF'T #2 NAME: **Aliaksandr Zhyltsou**       ATT'Y: **Chase Scolnick, Esq. - LAS**
✓ Present  _ Not Present  ✓ In Custody      ✓ Present  _ Not Present

### CRIMINAL CAUSE FOR ARRAIGNMENT AND STATUS CONFERENCE

- ✔ Case called.

- ✔ Defendant Semyon Vayner present with counsel James M. Keneally, Esq.  Defendant Aliaksandr Zhyltsou present with counsel Chase Scolnick, Esq.  Tali Farhadian, AUSA present for the Government.  Russian interpreter Yana Agoureev present and sworn for defendant Zhyltsou.

- ✔ First appearance on the indictment for Semyon Vayner.  The defendant is arraigned and enters a plea of not guilty to the indictment.

- ✔ Status conference held.

- ✔ Defendant Zhyltsou intends to file a motion pursuant to Rule 14, F.R. Cr.P.

- ✔ The Court sets the following briefing schedule: defendant is to file his motion on or before 7/25/2012; the Gov't is to file its response on or before 8/7; oral argument, if necessary, will be heard on 8/10/2012.

- ✔ Another status conference is scheduled for 8/13/2012 at 11:00 a.m.

- ✔ The period between 7/11/2012 and 8/13/2012 is excluded, in the interests of justice, from the calculation of the Speedy Trial Act time limits.  The findings required by 18 USC 3161(h)(7)(A) are made on the record.

- ✔ Defendant Zhyltsou renews his motion for bail.  The Court directs that the motion be made before the Magistrate Judge.  Any appeal from the Magistrate Judge's ruling will be heard by Judge Glasser.

- ✔ Defendant Zhyltsou is continued in custody.  Defendant Vayner is continued on bond on the current conditions.

**TIME:   0/30**