

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

F.#2012R00551

*271 Cadman Plaza East
Brooklyn, New York  11201*

September 20, 2012

**By ECF**
The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

       Re:  United States v. Aliaksandr Zhyltsou
            Criminal Docket No. 12 CR 327 (ILG)

Dear Judge Glasser:

       Trial in the above matter is scheduled to begin on September 24, 2012.  At this morning's status conference, the government sought permission to introduce at trial a business record from Google, Inc. ("Google"), by self-authentication rather than through the testimony of a live witness, pursuant to Federal Rules of Evidence 803(6) and 902(11).  The court asked the government to brief and submit the request in writing.  Out

1

of an abundance of caution, the government has decided to produce a live witness from Google.  A trial subpoena for the production of a witness was sent to Google on September 17, 2012.

                                    Respectfully submitted,

                                    LORETTA E. LYNCH
                                    United States Attorney
                                    Eastern District of New York

                          By:        /s/
                                    Tali Farhadian
                                    Assistant U.S. Attorney
                                    (718) 254-6290

cc:   Chase Scolnick, Esq. (by ECF)