

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

SC:TF
F.#2012R00551

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

September 24, 2012

**By ECF**
The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

>      Re:  United States v. Aliaksandr Zhyltsou
>           Criminal Docket No. 12 CR 327 (ILG)

Dear Judge Glasser:

    Trial in the above matter is scheduled to begin today. The government writes in response to the defendant's letter, filed yesterday, objecting to the proposed testimony of Peter L. Roudik.  Mr. Roudik will not offer expert testimony, and thus notice is not required under Federal Rule of Criminal Procedure 16(a)(1)(G) or the Federal Rules of Evidence.  Mr. Roudik, who is employed by the Library of Congress, will offer testimony about research he conducted regarding conscription law in the Ukraine. After it superseded the indictment on September 13, 2012, the government asked Mr. Roudik to conduct this research.  Mr. Roudik provided a report of his research to the government on September 19, 2012, and the government in turn

1

provided that report to the defendant the following day. The government further provided the defendant with Mr. Roudik's credentials on September 21, 2012 out of an abundance of caution, as they might be a subject of his testimony.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney
        Eastern District of New York

By:      /s/
        Tali Farhadian
        Assistant U.S. Attorney
        (718) 254-6290

cc: Chase Scolnick, Esq. (by ECF)