

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TF
F.#2012R00551

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 27, 2012

**By ECF**
The Honorable I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Aliaksandr Zhyltsou
            Criminal Docket No. 12 CR 327 (ILG)

Dear Judge Glasser:

     At the charge conference in the above-captioned case this morning, the court ruled, over the defendant's objection, that the following sentence would be included in the court's instructions to the jury regarding the second element of the offense: "The government does not have to prove that the defendant received any compensation in return."  (That sentence is on page 8 of the government's proposed instructions.)  This sentence appears to have been inadvertently omitted from the court's instructions to the jury.  The government respectfully

requests that the court provide a revised instruction to the jury tomorrow morning on the second element, to include the omitted sentence.

                                            Respectfully submitted,

                                            LORETTA E. LYNCH
                                            United States Attorney
                                            Eastern District of New York

                                By:       /s/
                                            Tali Farhadian
                                            Assistant U.S. Attorney
                                            (718) 254-6290

cc:  Chase Scolnick, Esq. (by ECF)