UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 28 2012 ★
BROOKLYN OFFICE

------------------------------------X

UNITED STATES OF AMERICA

ORDER OF SUSTENANCE,
LODGING OR
TRANSPORTATION

-vs-

ALIAKSANDR ZHYLTSOU

CR-12-00327 (ILG)
Docket Number

------------------------------------X

IT IS ORDERED that the Clerk of the Court supply proper

( X ) SUSTENANCE

(   ) LODGING

(   ) TRANSPORTATION

to the (13) jurors empaneled in the above entitled case.

Dated: Brooklyn, New York

September 27, 2012

(   ) DURING TRIAL

( X ) DELIBERATING

(   ) SEQUESTERED


(   ) BREAKFAST

(   ) LUNCH

(   ) DINNER

(   ) OTHER: _____

s/ILG
_____    _____
I. Leo Glasser, U.S.D.J.

*A True Copy Attest:*
DOUGLAS C. PALMER, Clerk of the Court

By: _____ / _____
*Stanley Kessler, Deputy Clerk   (Date)*