UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: GLASSER, J.        DATE: ___SEPTEMBER 28, 2012___        TIME: __10:00 a.m.__

DOCKET #: CR-12-00327(S-2)(ILG)        TITLE: *U.S.A. v.*

CR: __Holly Driscoll__        DEPUTY CLERK: Stanley Kessler

RUSSIAN INTERPRETERS:
  Isabelle Avrustin & Valeri Gleikh        AUSA: Tali Farhadian - #6290
                                                 Sarah Coyne - #6299

DEF'T #2 NAME: Aliaksandr Zhyltsou        ATT'Y: Chase Scolnick, Esq. - LAS
✓ Present  _ Not Present  ✓ In Custody        ✓ Present  _ Not Present

CRIMINAL CAUSE ON TRIAL

✔ Case called.

✔ Defendant Aliaksandr Zhyltsou present with counsel. Tali Farhadian, AUSA and Sarah Coyne, AUSA present for the Government. Russian interpreters Isabelle Avrustin & Valeri Gleikh present and sworn.

✔ Trial resumed. The jury resumes its deliberations at 10:15 a.m.

✔ The jury returns at 4:15 p.m. and renders its verdict, finding the defendant guilty of the sole count of superseding indictment CR-12-00327(S-2). Jury polled and discharged.

✔ Sentencing scheduled for 1-8-2013 at 10:30 a.m.

✔ The defendant is remanded.

✔ Trial concluded.

TIME: 4/10