BWB:MSM
F.#2012R00551

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 10 2015 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-                               O R D E R

ALIAKSANDR ZHYLTSOU,             12 CR 0327 (S-2) (ILG)

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        WHEREAS KELLY T. CURRIE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Mathew S. Miller, has moved for an Order dismissing the Indictment in accordance with the terms of the January 5, 2015 deferred prosecution agreement between the United States Attorney's Office for the Eastern District of New York and the defendant,

        IT IS HEREBY ORDERED that the Indictment is dismissed as to the defendant ALIAKSANDR ZHYLTSOU.

Dated: Brooklyn, New York
       7-10, 2015

                                            THE HONORABLE I. LEO GLASSER
                                            UNITED STATES DISTRICT JUDGE
                                            EASTERN DISTRICT OF NEW YORK